UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**VICTOR ARIZA**,

    Plaintiff,

vs.                                        CASE NO. 6:24-cv-00373-JA-RMN

**FUN SPOT AMERICA**
**ENTERTAINMENT, INC.**,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant, through their respective undersigned counsel, hereby give notice that the parties have reached a settlement in this case and will be executing the necessary paperwork resolving all claims. Accordingly, the parties respectfully request that the Court provide them thirty (30) days from the date of filing this Notice to finalize their settlement agreement and to submit the dismissal document dismissing this case with prejudice.

Dated: June 25, 2024.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO** |
| Lead Counsel for Plaintiff | **DURAN, P.A.** |
| 4800 North Hiatus Road | Co-Counsel for Plaintiff |
| Sunrise, FL 33351-7919 | 4640 N.W. 7th Street |
| T. 954/362-3800 | Miami, FL 33126-2309 |
| 954/362-3779 (Facsimile) | T. 305/266-9780 |
| Email: rhannah@rhannahlaw.com | 305/269-8311 (Facsimile) |
| | Email duranandassociates@gmail.com |
| By ___*s/ Roderick V. Hannah*___ | By ___*s/ Pelayo M. Duran*___ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

**FORD & HARRISON LLP**
Counsel for Defendant
300 South Orange Avenue, Suite 1300
Orlando, FL  32801
(407) 418-2325
Email: skelly@fordharrison.com

By  */s/ Shannon L. Kelly*
          SHANNON L, KELLY
          Fla. Bar No.:  31093
          SARA K. FINNIGAN
          Fla. Bar No.  1032142